JACOB ELISHEWITZ & SONS CO., Inc., Plaintiff-Appellant, v. BRONSTON BROTHERS & CO., Inc., Defendant-Appellee.

No. 43.

Circuit Court of Appeals, Second Circuit.

Nov. 6, 1933.

James J. Kennedy, of New York City, for appellant.

Fritz Ziegler, Jr., of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Joe JONES, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 6784.

Circuit Court of Appeals, Fifth Circuit.

Oct. 13, 1933.

Joe Jones, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

E. E. JORDAN, Appellant, v. UNITED STATES of America, Appellee.

No. 7305.

Circuit Court of Appeals, Ninth Circuit.

Dec. 13, 1933.

Edward M. Connelly, of Spokane, Wash., for appellant.

Roy C. Fox, U. S. Atty., of Spokane, Wash.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of appellant, ordered appeal dimissed; mandate forthwith.

Charles KARSH, Appellant, v. O. T. GILBANK, Trustee in Bankruptcy of the Estate of Charles Karsh, Appellee.

No. 6981.

Circuit Court of Appeals, Ninth Circuit.

Dec. 13, 1933.

Hiram T. Kellogg, of Los Angeles, Cal., for appellant.

Arthur Rosenblum and Willebrandt, Horowitz & McCloskey, all of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered orders of District Court reversed, and cause remanded, with instructions to District Court to vacate order of adjudication of bankruptcy.